IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA CULVER, as next friend of M.C., a minor child, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv1101-VPM ) [WO] |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

**ORDER ON MOTION**

Pending before the court is the plaintiff's Motion to Allow Filing of Reply Brief Regarding Record Filed May 11, 2006 (Doc. # 18). For cause shown, it is hereby

ORDERED that the motion is granted. Plaintiff shall file her reply brief on or before 30 May 2006. Plaintiff is REMINDED that the purpose of the reply brief is to address issues raised by the Commissioner's brief and is CAUTIONED against raising additional issues not discussed therein. The Court will not consider any issues appended in the reply brief. In addition, Plaintiff is REMINDED that the page length and format requirements set forth in the Court's order entered 21 November 2005 are applicable.

DONE this 22nd day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE