IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LISA CULVER, as next        )
friend of M.C., a minor,    )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    2:05cv1101-MHT
                            )        (WO)
JO ANNE B. BARNHART,        )
Commissioner of Social      )
Security,                   )
                            )
    Defendant.              )
```

OPINION

Plaintiff filed this lawsuit seeking review of the final decision of the Commissioner of Social security. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the decision be affirmed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of October, 2006.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**